1  TOREY JOSEPH FAVAROTE (SBN: 198521)
JING TONG (SBN: 285061)
2  GLEASON & FAVAROTE, LLP
4014 LONG BEACH BLVD., STE. 300
3  LONG BEACH, CA 90807
(213) 452-0510 Telephone
4  (213) 452-0514 Facsimile
tfavarote@gleasonfavarote.com
5  jtong@gleasonfavarote.com

6  Attorneys for Defendants
Transdev Bus On Demand, LLC,
7  Transdev Services, Inc., and Transdev North America, Inc.

8  Matthew Righetti, Esq. (SBN 121012)
Email: matt@righettilaw.com
9  RIGHETTI GLUGOSKI, P.C.
The Presidio of San Francisco
10  220 Halleck Street, Suite 220
San Francisco, CA 94129
11  Tel: 415/983-0900 Fax: 800/447-5549

12  Attorneys for Plaintiff Jennifer Richards

13

14  **UNITED STATES DISTRICT COURT**

15  **NORTHERN DISTRICT OF CALIFORNIA**

16

17  JENNIFER RICHARDS, individually and ) Case No. 3:20-cv-06425-VC
on behalf of all others similarly situated, )
18                                          )
            Plaintiffs,                     ) **JOINT STIPULATION TO DISMISS**
19                                          ) **CLASS ACTION PURSUANT TO**
       vs.                                  ) **FEDERAL RULES OF CIVIL**
20                                          ) **PROCEDURE 41(a);**
TRANSDEV BUS ON DEMAND, LLC., ) **DECLARATION OF MATTHEW**
21  and DOES 1 through 100,                 ) **RIGHETTI; AND** [PROPOSED]
                                            ) **ORDER**
22          Defendant.                      )
                                            )
23                                          )
                                            )
24                                          ) State Action Filed:  March 2, 2020
                                            ) Removal Date:        September 11, 2020
25                                          ) Trial Date:          None
                                            )
26                                          )
                                            )
27                                          )
                                            )
28

---

1

2

3

4

5

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that plaintiff Jennifer Richards ("Plaintiff") and defendants Transdev Bus On Demand, LLC, Transdev Services, Inc., and Transdev North America, Inc. ("Defendants") (collectively referred to herein as "the Parties") hereby jointly stipulate as follows:

6

7

WHEREAS on March 2, 2020, Plaintiff filed a class action and PAGA representative action complaint ("Action");

8

9

10

11

12

13

WHEREAS on October 20, 2020, this Action was related to the <u>Hakeem v. Transdev et. al.</u> case, Case No., 19-cv-02161-VC, a class action that is still pending in this Court and was certified by this Court on September 1, 2020; which concerns substantially the same parties, bus drivers/operators, and transactions including the alleged failure to pay wages, provide accurate wage statements and waiting time penalties;

14

15

16

WHEREAS since a class has been certified in <u>Hakeem</u>, the Parties have agreed to settle Plaintiff's individual claims without prejudice to the claims or rights of those in the <u>Hakeem</u> case or those Plaintiff sought to represent in this Action;

17

18

19

WHERAS since this matter is in its early stages, no class notice was sent to the unnamed class members regarding this Action, and their rights are not affected by the settlement of Plaintiff's individual claims;

20

21

WHEREAS dismissal of this Action will not prejudice the unnamed class members/aggrieved employees whose claims will be dismissed without prejudice;

22

23

WHEREAS for the reasons stated above the Parties believe that the unnamed class members/aggrieved employees do not need to be notified of the dismissal;

24

25

26

WHEREAS on January 15, 2021, the Parties settled all of Plaintiff's individual claims in the Action and Plaintiff executed a general release of all claims arising out of her employment with Defendants;

27

/ / /

28

1.

**JOINT STIPULATION TO DISMISS CLASS ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A); DECLARATION OF MATTHEW RIGHETTI; AND [~~PROPOSED~~] ORDER**
**USDC Case No. 3:20-cv-06425-VC**

1
2
3
4

WHEREAS the settlement agreement allocates the following to Plaintiff's individual PAGA claim: $500.00 ($666.67 x 0.75) to the Labor and Workforce Development Agency ("LWDA") which is 75% of her total individual PAGA claims of $666.67;

5
6
7

WHEREAS the Parties stipulate to dismiss Plaintiff's individual claims with prejudice, and the putative or unnamed class members/aggrieved employees claims without prejudice.

8

IT IS SO STIPULATED.

9

10

11
Dated:  February 2, 2021                              GLEASON & FAVAROTE, LLP
                                                      TOREY JOSEPH FAVAROTE
12                                                    JING TONG

13
                                                      By: _/s/ Jing Tong[1]_____
14                                                              Jing Tong

15                                                    Attorneys for Defendants
                                                      TRANSDEV BUS ON DEMAND,
16                                                    LLC, TRANSDEV SERVICES, INC.,
                                                      and TRANSDEV NORTH
17                                                    AMERICA, INC.

18
Dated: February 2, 2021                               RIGHETTI GLUGOSKI, P.C.
                                                      MATTHEW RIGHETTI
19

20                                                    By: _/s/ Matthew Righetti_____
                                                              Matthew Righetti
21
                                                      Attorneys for Plaintiff JENNIFER
22                                                    RICHARDS

23

24

25

26

27
_____
[1] All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

28
**JOINT STIPULATION TO DISMISS CLASS ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A); DECLARATION OF MATTHEW RIGHETTI; AND [PROPOSED] ORDER**
**USDC Case No. 3:20-cv-06425-VC**

1

**DECLARATION OF MATTHEW RIGHETTI**

2

I, **Matthew Righetti,** declare:

3

1.      I am an attorney duly licensed to practice law in the State of California and I represent

4

the Plaintiff herein.  I have personal knowledge of the matters set forth herein, and would and

5

could testify thereto if called as a witness.

6

7

**PROCEDURAL HISTORY**

8

2.      On March 11, 2015, Plaintiff filed this action on behalf of herself and a class of all

9

other similarly situated employees of Defendant claiming that the non-exempt bus drivers

10

were no longer covered under a CBA, but were still working 4/10 schedules without being

11

paid daily overtime.  Plaintiff also alleged that the violations of the statutory provisions

12

enumerated in the Complaint constituted unfair business practices in violation of Bus. and

13

Prof Code section 17200 et. seq.

14

15

4      No notice has been sent to the putative class.  Although this case was filed as a

16

putative class action, Plaintiff never moved the court for class certification. Plaintiff conducted

17

discovery and an investigation pertaining to class certification, the merits and Plaintiff's

18

suitability to serve as class representative.  Plaintiff's counsel has concluded based on this

19

discovery that Defendant may have a viable exemption defense under the Wage Order 9,

20

Section 3(L) and that the claims may not be appropriate for class-wide adjudication.

21

5.      Rather than continuing to litigate the class claims with these obstacles, Plaintiff's

22

counsel has proceeded to litigate and resolve this matter as an individual action on behalf of

23

the named Plaintiff. The parties have reached agreement on Plaintiff's individual claims as

24

explained in the Joint Stipulation to Dismiss.

25

6.      The prongs of numerosity and commonality/predominance appear to be the areas that

26

would be the most challenging in a motion for certification since, according to Defendant,

27

28

1
DECLARATION IN SUPPORT OF REQUEST
TO DISMISS CLAIMS

only a small number of its California bus driver workforce worked outside of a CBA (i.e., Sonoma County only).  No class has been certified in this case and we have not pursued a class certification motion to date.

8.      Accordingly, Plaintiff requests that the class allegations be removed from the action without prejudice.  The request would not operate to release any of the claims alleged in Plaintiff's operative complaint for any absent class member employees.  If any putative class members wish to pursue claims against Defendants, including LWDA claims, then they would be free to do so.  Plaintiff and Defendant have reached a settlement as to Plaintiff's individual claim to resolve her overtime claims at issue in this case; however, neither Plaintiff nor her counsel have been offered, or promised, or agreed to accept, or been paid any consideration of any nature in connection with dismissing class putative class claims.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.  Executed this 2nd day of February 2021, at San Francisco, California.

Dated:  February 2, 2021                              Respectfully submitted,

                                                     RIGHETTI • GLUGOSKI, P.C.

                                                     Matthew Righetti
                                                     Attorney for Plaintiffs

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

Based upon the Stipulation of the Parties, IT IS SO ORDERED that in RICHARDS v. TRANSDEV BUS ON DEMAND, LLC et. al., case no. 3:20-cv-06425-VC, Plaintiff's individual claims be dismissed with prejudice as noted above, and the unnamed class members and aggrieved employees claims be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:   February 3, 2021



1.

[~~PROPOSED~~] ORDER

USDC Case No. 3:20-cv-06425-VC